UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

---------------------------------------------------------  X

**IN RE YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION**

3:09-md-02100-DRH-PMF

MDL No. 2100

---------------------------------------------------------

*Bruno et al v. Corporation et al* No. 3:12-cv-11521-DRH-PMF[1]

**Judge David R. Herndon**

**ORDER**

### ORDER GRANTING LEAVE TO WITHDRAW

**HERNDON, District Judge:**

This matter is before the Court on movant's motion to withdraw as counsel of record for plaintiff Paula Bruno. After considering the motion, the Court finds that the requirements of Local Rule 83.1 and of the applicable provisions of the Rules of Professional Conduct pertaining to withdrawal of counsel have been satisfied. The motion is therefore **GRANTED.**

**FURTHER,** the Court **DIRECTS MOVANT to serve a copy of this order of withdrawal within 7 days** upon all counsel of record and upon unrepresented parties as required by Local Rule 83.1.

FURTHER, the Court ORDERS as follows:

1. **Supplementary Entry of Appearance:** Should plaintiff choose to continue pursuing this action, plaintiff or her new counsel **must file a**

---

[1] This Order applies only to plaintiff Paula Bruno.

supplementary entry of appearance within **21 days** of the entry of this Order.

2. **If plaintiff or her new counsel fails to file a supplementary entry of appearance within 21 days of the entry of this Order, plaintiff's action will be subject to dismissal without prejudice under Federal Rule of Civil Procedure 41(b) for failure to prosecute or to comply with the orders of this Court.**

3. **Further, if after 21 days of the entry of this order, the plaintiff is not in compliance with the requirements any court rule or order (including applicable MDL case management orders), the plaintiff's action may be subject to dismissal, including dismissal WITH prejudice.**

   **IT IS SO ORDERED.**

Signed this 22nd day of July, 2015.

Digitally signed by David R. Herndon
Date: 2015.07.22 13:01:38 -05'00'

**United States District Court**